## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronald Widell, | Court File No. 04-4285 MJD/RLE |
| Plaintiff | |
| vs. | **ORDER FOR DISMISSAL** |
| Ecumen, formerly known as Board of Social Ministry, d/b/a Lakeshore Lutheran Home, a Minnesota non-profit corporation, | |
| Defendant. | |

Based on the stipulation for dismissal filed by all parties pursuant to Fed. R. Civ. P. 41(a)(1), the Court hereby dismisses the above-captioned action in its entirety with prejudice, each party to bear its own attorneys' fees, costs, and disbursements.

Dated: January 23, 2006.                          s / Michael J. Davis
                                                                    Michael J. Davis
                                                                    U.S. District Court Judge